```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28292
    JEANETTA GEANS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-8393

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 07/30/2004 and was confirmed 09/23/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/02/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------
ARONSON FURNITURE          SECURED           1426.00      123.47         1426.00
ARONSON FURNITURE          UNSECURED         1272.60         .00           51.55
NATIONWIDE COMMERCIAL LP   UNSECURED          961.11         .00           38.94
TRANSOUTH FINANCIAL        UNSECURED         6019.57       33.98          361.24
TRANSOUTH FINANCIAL        UNSECURED       NOT FILED         .00             .00
CAPITAL ONE BANK           UNSECURED         1186.76         .00           48.08
FIRST REVENUE ASSURANCE    UNSECURED       NOT FILED         .00             .00
PROVIDIAN PROCESSING       UNSECURED       NOT FILED         .00             .00
WEST SUBURBAN PROFESSION   UNSECURED       NOT FILED         .00             .00
PINNACLE CREDIT SERVICES   UNSECURED         2050.45         .00          102.66
NCM TRUST                  UNSECURED          702.17         .00           35.17
CINGULAR WIRELESS          UNSECURED          258.63         .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,405.20                    1,405.20
TOM VAUGHN                 TRUSTEE                                         200.91
DEBTOR REFUND              REFUND                                           48.64

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             3,875.84

PRIORITY                                         .00
SECURED                                     1,426.00
    INTEREST                                  123.47
UNSECURED                                     637.64
    INTEREST                                   33.98
ADMINISTRATIVE                              1,405.20
TRUSTEE COMPENSATION                          200.91
DEBTOR REFUND                                  48.64
                    --------------          --------------
TOTALS              3,875.84                3,875.84

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 28292 JEANETTA GEANS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 28292 JEANETTA GEANS